UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAHIDA NISA MUHAMMAD,

                Plaintiff,

- against -

ALEX JURADO, ET AL.,

                Defendants.

24-cv-7852 (JGK)

<u>ORDER OF SERVICE</u>

---

JOHN G. KOELTL, District Judge:

    The plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue summonses as to Defendants Alex Jurado and Columbia University. The plaintiff is directed to serve the summons and complaint on each defendant within 90 days of the issuance of the summonses.[1]

    If, within those 90 days, the plaintiff has not either served the defendants or requested an extension of time to do so, the Court may dismiss the claims against the defendants

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because he had not paid the filing fee. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

**SO ORDERED.**
**Dated:**   **New York, New York**
       **October 21, 2024**

                                          _____
                                                John G. Koeltl
                                          **United States District Judge**