UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

SHAHIDA NISA MUHAMMAD,
               Plaintiff,          24-cv-7852 (JGK)

   - against -               ORDER

ALEX JURADO, ET AL.,
               Defendants.
---

JOHN G. KOELTL, District Judge:

    The plaintiff should file an amended complaint by December 17, 2024. The defendants may respond to the complaint by January 17, 2025. If the defendants file a motion to dismiss, the plaintiff should respond to the motion by February 17, 2025. The defendants may reply by March 3, 2025. No pre-motion conference is necessary. The case is referred to the Magistrate Judge for the purposes of settlement.

SO ORDERED.
Dated:    New York, New York
          November 19, 2024

                                         John G. Koeltl
                                 United States District Judge