```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
SHAHIDA NISA MUHAMMAD,                                       :
                                                             :
                          Plaintiff,                         :
                                                             :      24-CV-7852 (JGK) (RWL)
               - against -                                   :
                                                             :
ALEX JURADO and COLUMBIA                                     :      ORDER
UNIVERSITY,                                                  :
                                                             :
                          Defendants.                        :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This matter has been referred to me for settlement. The parties shall cooperate with my Deputy Clerk to schedule a conference. In the meantime, Plaintiff may find it useful to contact the Federal Pro Se Legal Assistance Project for potential assistance in connection with settlement efforts and otherwise. The telephone number is 212-382-4794.

SO ORDERED,

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 20, 2024
       New York, New York

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Shahida Nisa Muhammad
70 Morningside Dr.
New York, NY 10027

1