```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

SHAHIDA NISA MUHAMMAD,

        Plaintiff,

- against -

COLUMBIA UNIVERSITY, ET AL.,

        Defendants.

24-cv-7852 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a pre-motion conference on **Tuesday, April 1, 2025,** at **12:00 p.m.**

    Dial-in: 646-453-4442, with access code 675 278 33#.

SO ORDERED.

Dated:    New York, New York
           March 17, 2025

                                        John G. Koeltl
                                  United States District Judge