UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAHIDA NISA MUHAMMAD,
                Plaintiff,        24-cv-7852 (JGK)

    - against -                    ORDER

ALEX JURADO, ET AL.,
                Defendants.

JOHN G. KOELTL, District Judge:

    The plaintiff should file a Second Amended Complaint by **April 21, 2025**. The defendants should move or answer by **May 12, 2025**. No premotion conference is necessary. If the defendants file a motion to dismiss, the plaintiff should respond by **June 2, 2025**. The plaintiff may reply by **June 13, 2025**. If the defendants answer, the parties should file a Rule 26(f) Report by **June 2, 2025**. The defendants' motion to dismiss the plaintiff's Amended Complaint is denied without prejudice as moot. The Clerk is directed to close all pending motions.

SO ORDERED.
Dated:    New York, New York
          April 1, 2025

                                            John G. Koeltl
                                     United States District Judge