```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------------------------------

SHAHIDA NISA MUHAMMAD,
                Plaintiff,          24-cv-7852 (JGK)

     - against -                ORDER

ALEX JURADO, ET AL.,
                Defendants.

-----------------------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The plaintiff has filed a document, ECF No. 42, which purports to seek wide-ranging emergency relief that includes both financial compensation and injunctive relief, including the reinstatement of the plaintiff for the Fall 2025 semester. However, the application fails to satisfy the procedural or substantive requirements of a temporary restraining order. The application for emergency relief is not accompanied by an affirmation setting forth facts demonstrating that the plaintiff is entitled to the relief that she seeks.

    Moreover the application fails to satisfy the substantive requirements of a temporary restraining order. In the Second Circuit, the standard for issuance of a temporary restraining order is the same as the standard for a preliminary injunction. See Loc. 1814, Int'l Longshoremen's Ass'n v. N.Y. Shipping Ass'n, 96 F.2d 1224, 1228 (2d Cir. 1992) "A preliminary injunction is an extraordinary remedy never awarded as of right." Winter v. Nat. Res. Def. Council, Inc., 555 U.S. 7, 24

(2008). To succeed on a motion for a preliminary injunction, the plaintiff must show: "(1) a likelihood of success on the merits or sufficiently serious questions going to the merits to make them a fair ground for litigation and a balance of hardships tipping decidedly in the plaintiff's favor; (2) a likelihood of irreparable injury in the absence of an injunction; (3) that the balance of hardships tips in the plaintiff's favor; and (4) that the public interest would not be disserved by the issuance of an injunction." Benihana, Inc. v. Benihana of Tokyo, LLC, 784 F.3d 887, 895 (2d Cir. 2015).

In this case, the plaintiff has failed to show that she is likely to succeed on the merits of her claims. Accordingly, the application for emergency relief is **denied**.

SO ORDERED.
Dated:   New York, New York
         May 30, 2025

/s/ John G. Koeltl
John G. Koeltl
United States District Judge