```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
SHAHIDA NISA MUHAMMAD,                                         :
                                                               :
                        Plaintiff,                             :
                                                               :    24-CV-7852 (JGK) (RWL)
            - against -                                        :
                                                               :
ALEX JURADO and COLUMBIA                                       :    ORDER
UNIVERSITY,                                                    :
                                                               :
                        Defendants.                            :
---------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff has requested another settlement conference. Her demand, however, which Defendant previously considered a non-starter, has not moderated. The Court suggests that Plaintiff may benefit from pro bono legal services at least for assistance with considering settlement. Specifically, Plaintiff may wish to contact the Federal Pro Se Legal Assistance Project of the New York City Bar Association. The Director is Susanne Toes Keane. The number is 212-626-7383. Their website can be found at https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/.

Plaintiff may also call chambers to schedule a call with the Court to discuss the matter.

SO ORDERED,

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 5, 2025
       New York, New York

1

2

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Shahida Nisa Muhammad
70 Morningside Dr.
New York, NY 10027